1044

[No. 61563-7-I. Division One. June 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS EDWARD JAMIESON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-03077-4, Larry E. McKeeman, J., entered April 16, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, A.C.J., and Grosse, J.

[No. 61656-1-I. Division One. June 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LAQUANA RENEE GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-07045-3, J. Wesley Saint Clair, J., entered April 21, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61715-0-I. Division One. June 15, 2009.]

ELTRINA McCRAY ET AL., *Appellants*, v. CHARLES DOUGLAS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-10061-3, Bruce W. Hilyer, J., entered April 17, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid and Lau, JJ.

[No. 61751-6-I. Division One. June 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. D.C., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-8-00018-6, Michael Hayden, J., entered May 27, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Ellington, JJ.